In the Matter of the Complying Status of
FLYWAYS, INC., *Petitioner,*
*v.*
WORKERS' COMPENSATION BOARD,
*Respondent.*
(WCB 76-6079, CA 9454)

575 P2d 684

John S. Horton, Albany, argued the cause for petitioner. With him on the brief was Weatherford, Thompson, Horton, Brickey & Powers, P.C., Albany.

W. Benny Won, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Carson v. State Indus. Acc. Comm.,* 152 Or 455, 54 P2d 109 (1936).